### PURE FISHING, INC., Plaintiff–Appellant,

v.

### NORMARK CORPORATION (doing business as Rapala), Defendant–Appellee.

### No. 2013–1655.

United States Court of Appeals, Federal Circuit.

June 20, 2014.

Marcus A. Manos, Nexsen Pruet, LLC, of Columbia, South Carolina, argued for plaintiff-appellant. With him on the brief was Daniel C. Leonardi.

J. Thomas Vitt, Dorsey & Whitney LLP, of Minneapolis, MN, argued for defendant-appellee. With him on the brief were Shannon L. Bjorklund and Michael Weinbeck.

NEWMAN, LOURIE, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**